# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 96-40738
Summary Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTOR AGUILAR, a/k/a Mondo,

Defendant-Appellant.

---

Appeal from the United States District Court
For the Southern District of Texas
(L-96-CR-29-2)

---

February 19, 1997

Before POLITZ, Chief Judge, WIENER and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

This matter is before the court on appeal by Victor Aguilar of his ten-year

mandatory minimum sentence on a guilty plea to possession with intent to

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

distribute over 1000 pounds of marihuana in violation of 21 U.S.C. § 841(a)(1), enhanced by a prior state felony drug conviction. Court-appointed counsel for the defendant has filed a brief pursuant to the directives of **Anders v. California**[1] and has moved to be relieved from further responsibilities herein.

Our independent review of the briefs and record discloses no issue of merit to be addressed on appeal. Accordingly, the motion of counsel to withdraw is GRANTED and the appeal of Victor Aguilar is DISMISSED.

---

[1] 386 U.S. 738 (1967).